# 12

**Amy Dunleavy**

**From:** Amy Dunleavy
**Sent:** Friday, October 5, 2018 12:53 PM
**To:** Melissa Dabrowski
**Subject:** FW. SV Dr. Jansma

**From:** Amy Dunleavy
**Sent:** Wednesday, July 25, 2018 10:14 AM
**To:** Zachary Smith <ZSmith@seeitclear.com>
**Cc:** Surya Desiraju <SDesiraju@BlueSkyVision.com>
**Subject:** SV Dr. Jansma

Good morning,
I had a conversation with Jeanine from Shoreline Vision this morning and would like to include Michelle Cassens in the meeting that I have requested with Dr. Jansma.
It seems they are also having the same challenges with him as we are on the GRO side.
We would like to be on the same page, sooner than later please.
It is beginning to affect staff in the clinic.
I think we just need clear direction from all parties so that we can move forward in a positive manner.
Thank you for expediting this for both locations.

Leading the way. Improving sight. Changing lives.

Amy J. Dunleavy, CPO COA
Director of Clinical Operations
616.949.2600

GRAND RAPIDS OPHTHALMOLOGY
Eye Care | Surgery | Laser Correction

EXHIBIT #2 Jansma 3-25-21
PENGAD 800-631-6989

**Amy Dunleavy**

| | |
|---|---|
| **From:** | Amy Dunleavy |
| **Sent:** | Friday, October 5, 2018 12:53 PM |
| **To:** | Melissa Dabrowski |
| **Subject:** | FW: Dr. Jansma |

-----Original Message-----
From: Amy Dunleavy
Sent: Wednesday, July 25, 2018 8:01 AM
To: Dan Hosler <dhosler@Blueskyvision.com>; Joel Catlin <jcatlin@Blueskyvision.com>
Cc: Brian A. Hamilton <bhamilton@Blueskyvision.com>; Zachary Smith <ZSmith@seeitclear.com>
Subject: RE: Dr. Jansma

Good morning,

May I suggest that we meet with him to review this as well as his expectations for clinic? I am getting conflicting information.
He has let me know that he will "not back down" on having a scribe full time immediately.
I do not have the staff for this and cannot, in good conscience, offer this since I have several OD's that are in the process of earning a scribe per patient load (and are seeing twice the patients per day) and are next in line for a full time scribe.

Please let me know how to proceed.
Thank you.

Leading the way. Improving sight. Changing lives.

Amy J. Dunleavy, CPO COA Director of Clinical Operations
616.949.2600

-----Original Message-----
From: Dan Hosler
Sent: Tuesday, July 24, 2018 7:49 AM
To: Joel Catlin <jcatlin@BlueSkyVision.com>; Amy Dunleavy <adunleavy@seeitclear.com>
Cc: Brian A. Hamilton <bhamilton@BlueSkyVision.com>
Subject: Re: Dr. Jansma

That is not correct, all of the fixtures and furnishings were included in the purchase. For tax purposes we did not allocate any value to those items, but the asset purchase agreement was all assets.

I confirmed this with counsel.

Dan

Daniel Hosler
Chief Development Officer

M: 312.218.3966
E: dhosler@BlueSkyVision.com

4020 East Beltline NE
Grand Rapids, MI 49525

On 7/24/18, 7:44 AM, "Joel Catlin" <jcatlin@BlueSkyVision.com> wrote:

Peggy Jansma told us the furnishings weren't included in the contract. Is this correct?

She said that they are selling everything and would sell us the chairs for $50 each. Not sure that's worth it.

Thank you,
Joel Catlin

From: Michelle Cassens <MCassens@shorelinevision.com>
Sent: Wednesday, August 1, 2018, 11:16 AM
To: Surya Desiraju <SDesiraju@BlueSkyVision.com>
Subject: RE: Dr. Jansma patients with balances

---

Surya,

I waited until today to respond, because I wanted to see how yesterday went in Fremont.

- The question of a scribe in Fremont has not come up again, however, he cannot function without one at this time. Lynda, the supervisor, has been serving as his scribe. I had an opportunity to talk with Lynda this morning and she has grave concerns about Dr. Jansma and is ability to function independently. He cannot even manipulate the computer mouse to navigate the screen.
- Patients with balances. This week, Dr. Jansma brought to Fremont the patient charts he had at his home. We understand these patients are part of his A/R. He is hoping to get help with his A/R. My opinion is he should hire an outside billing company to do this. I do not think it would be a good idea to intermingle his A/R with any partner billing department (for many, many reasons). SV will not take on this task.
- Just some insight into his personality... Yesterday he brought the above mentioned boxes of charts into the Fremont office on a dolly. He left the charts and put the dolly back in his car. Angie and Lynda had to lift the boxes onto office chairs to wheel them out to Angie's car. He could have offered them the use of the dolly.
- Many of his interactions with staff and management have been hurtful and insulting. Sometimes he has apologized.
- On a positive note, Lynda reports his patients are very fond of him and happy for him. They are impressed by the Fremont office.

I am concerned the expense in resources to support Dr. Jansma will far exceed the revenue he brings to SV. Unless the experience at GRO is vastly different, I would hope the Business Development department would put their time, resources and energy into recruiting providers and practices with more long term potential.

Thank you for inquiring as to how it has been going. I hope your time away is refreshing.

Michelle

Michelle M. Cassens, RN
Executive Director
Shoreline Vision

Lead the way. Improve sight. Change lives.

Shoreline Vision
Vision Care. For Life.

Blue Sky
VISION

**From:** Surya Desiraju [mailto:SDesiraju@BlueSkyVision.com]
**Sent:** Monday, July 30, 2018 1:28 AM
**To:** Michelle Cassens <MCassens@shorelinevision.com>; Zachary Smith <ZSmith@seeitclear.com>
**Cc:** Betsee May <bmay@BlueSkyVision.com>
**Subject:** RE: Dr. Jansma patients with balances

Michelle and Zach - Can you send me a status update on conversations with Dr. Jansma? Specifically around his ask for scribe and not wanting to see patients with a balance and any other concerns that he raised.
Betsee -- please capture their feedback as a part of the integration update. Also, are you updating the patient volume tracker for him?
Thanks all,

Surya Desiraju
Chief Operating Officer

Blue Sky
VISION

M: 469.426.4602
E: SDesiraju@BlueSkyVision.com

4020 East Beltline Avenue NE
Grand Rapids, MI 49525

**From:** Michelle Cassens <MCassens@shorelinevision.com>
**Sent:** Tuesday, July 24, 2018 12:48 PM
**To:** Zachary Smith <ZSmith@seeitclear.com>
**Cc:** Surya Desiraju <SDesiraju@BlueSkyVision.com>; Angie Breen <ABreen@shorelinevision.com>; Betsee May <bmay@BlueSkyVision.com>; Erin Bruder <ebruder@blueskyvision.com>
**Subject:** RE: Dr. Jansma patients with balances

Zach,

Good morning. Angie Breen, our Business Operations Manager, plans to meet with Dr. Jansma in Fremont today to discuss this matter. As long as patients follow our payment rules, we will see them. I would imagine GRO would want to do the same.

Michelle M. Cassens, RN
Executive Director
Shoreline Vision

From: Amy Dunleavy <adunleavy@seeitclear.com>
Sent: Friday, October 5, 2018, 12:53 PM
To: Melissa Dabrowski <mdabrowski@BlueSkyVision.com>
Subject: FW: Jansma

---

**From:** Amy Dunleavy
**Sent:** Monday, July 16, 2018 7:47 AM
**To:** 'Jeanine Schmiege' <JSchmiege@shorelinevision.com>
**Subject:** RE: Jansma

Good morning Jeanine,
I will keep you posted on Dr. Jansma when I get ahold of his contract.
As far as drops, we can always use them. Thank you for the offer.
I will reach out to my inventory manager to see if we can share some of our injectable IV fluorescein.

Have a great day!

Leading the way. Improving sight. Changing lives.

Amy J. Dunleavy, CPO COA
Director of Clinical Operations
616.949.2600

GRAND RAPIDS OPHTHALMOLOGY
Eye Care | Surgery | Laser Correction

**From:** Jeanine Schmiege [mailto:JSchmiege@shorelinevision.com]
**Sent:** Thursday, July 12, 2018 2:05 PM
**To:** Amy Dunleavy <adunleavy@seeitclear.com>
**Subject:** RE: Jansma

Amy,

I too had this conversation with Dr. Jansma that I cannot offer him a full time scribe. I explained that my supervisor is there to assist him until he is up and running. I do not have the extra staffing to staff him with a workup tech and a scribe. He alluded to me as well, that he was "promised" a scribe. Hopefully as things settle down for him he will come to realize that EHR is not that bad once you get in there and start using it.

On another note, we have an abundance of Tropicamide 15ml that we will not use. Are you interested in us sending you some. They have been opened and used once. (If you call I can explain where they came from)
Also, we have been informed that the injectable IV fluorescein is on backorder until the end of this month or early August if we were to run out before we receive a shipment do you think that we could barrow from GRO in a pinch, providing that you have extra to spare?

*Thanks,*
*Jeanine*

**From:** Amy Dunleavy [mailto:adunleavy@seeitclear.com]
**Sent:** Thursday, July 12, 2018 11:28 AM
**To:** Jeanine Schmiege
**Subject:** RE: Jansma

Jeanine,
We have had the same experience and he is insisting that he was promised a full time, long term scribe.
I am working on getting clarification on this.
Also, Dr. Jansma did say that he met with Dr. Riker and was pleased with their visit.
Have a great day!

Leading the way. Improving sight Changing lives

Amy J. Dunleavy, CPO COA
Director of Clinical Operations
616.949.2600

GRAND RAPIDS OPHTHALMOLOGY
Eye Care | Surgery | Laser Correction

**From:** Jeanine Schmiege [mailto:JSchmiege@shorelinevision.com]
**Sent:** Thursday, July 12, 2018 8:45 AM
**To:** Amy Dunleavy <adunleavy@seeitclear.com>
**Subject:** RE: Jansma

Amy,

Thank you for getting back with me. We too, have a plastic bin overflowing with returned letters. We can certainly suggest to Dr. Jansma that we can do additional training with maneuvering through IMW during his down times. He was a bit reluctant with the one-on-one training we offered him prior to going live with patients. It is certainly worth offering him more training if he is open to it. I think it has been very overwhelming for him. Dr. Riker also offered to assist him

with the Fremont flow and assistance with the OCT interpretation. He seemed open to this idea but I am not sure if he has met with Dr. Riker or not.

*Thanks,*
*Jeanine*

**From:** Amy Dunleavy [mailto:adunleavy@seeitclear.com]
**Sent:** Thursday, July 12, 2018 7:55 AM
**To:** Jeanine Schmiege
**Subject:** Jansma

Good morning Jeanine,
So sorry for the delay in responding to your voicemail regarding Dr. Jansma.
I have moved out of the Rockford clinic and have a desk at the Admin building but have not spent much time there.
With my new "freedom" I have been traveling from clinic to clinic hosting 1:1 with doctors and managers. It has been fun but my voicemails are suffering.
As far as Dr. Jansma goes, Surya said he would reach out to Michelle when she is back from vacation.
In a nutshell, no, he does not have to stay if you do not need him. Perhaps he would be open to more Eyemedic training in downtime?
Our hope was that he would fill his day with his previous patients. We have been getting a large number of the letters we sent out, back.
I hope this is helpful.
Have a great day!

Leading the way. Improving sight. Changing lives.

Amy J. Dunleavy, CPO COA
Director of Clinical Operations
616.949.2600

GRAND RAPIDS OPHTHALMOLOGY
Eye Care | Surgery | Laser Correction

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version. Blue Sky Vision, 4020 Beltline Ave NE, Grand Rapids, MI www.BlueSkyVision.com.com

**Total Control Panel** Login

| | | |
|---|---|---|
| To. jschmiege@shorelinevision com<br>From adunleavy@seeitclear com | Message Score 1<br>My Spam Blocking Level Medium<br><br>Block this sender<br>Block seeitclear com | High (60) Pass<br>Medium (75) Pass<br>Low (90) Pass |

*This message was delivered because the content filter score did not exceed your filter level*

Disclaimer: This e-mail and any attachments are intended for the sole use of the addressee listed. It may contain confidential, proprietary and/or legally privileged information. If you are not the intended recipient please notify the sender by return e-mail or call our corporate Information Technology Manager at (231) 739 9009 and delete the e-mail. Unauthorized use, dissemination, distribution or copying of this e-mail or attachments, in whole or in part is strictly prohibited and may be unlawful. Please note that emails are susceptible to change and we shall not be responsible or liable for the proper and complete transmission of the information contained herein, delay in its receipt or damage to your systems. We do not guarantee that the integrity of this email has been maintained or that this email is free of viruses, interception or interference.

---

This message contains confidential information and is intended only for the individual named If you are not the named addressee you should not disseminate distribute or copy this e-mail Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted corrupted, lost, destroyed, arrive late or incomplete, or contain viruses The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission If verification is required please request a hard-copy version Blue Sky Vision 4020 Beltline Ave NE, Grand Rapids MI www BlueSkyVision com com

---

**Total Control Panel** Login

| | | |
|---|---|---|
| To jschmiege@shorelinevision.com<br>From adunleavy@seeitclear.com | Message Score· 50<br>My Spam Blocking Level Medium<br><br>Block this sender<br>Block seeitclear com | High (60) Pass<br>Medium (75) Pass<br>Low (90) Pass |

*This message was delivered because the content filter score did not exceed your filter level*

Disclaimer: This e-mail and any attachments are intended for the sole use of the addressee listed. It may contain confidential, proprietary and/or legally privileged information. If you are not the intended recipient please notify the sender by return e-mail or call our corporate Information Technology Manager at (231) 739 9009 and delete the e-mail. Unauthorized use, dissemination, distribution or copying of this e-mail or attachments, in whole or in part is strictly prohibited and may be unlawful. Please note that emails are susceptible to change and we shall not be responsible or liable for the proper and complete transmission of the information contained

herein, delay in its receipt or damage to your systems. We do not guarantee that the integrity of this email has been maintained or that this email is free of viruses, interception or interference.

From: Michelle Cassens <MCassens@shorelinevision.com>
Sent: Monday, July 30, 2018, 8:52 AM
To: Surya Desiraju <SDesiraju@BlueSkyVision.com>
Cc: Betsee May <bmay@BlueSkyVision.com>
Subject: FW: Ashley's Experience

---

Surya,

Please read the message below. These are the types of interactions our staff have had with Dr. Jansma.

Michelle M. Cassens, RN
Executive Director
Shoreline Vision

Lead the way. Improve sight. Change lives.

Shoreline Vision
*Vision Care. For Life.*

Blue Sky
VISION

**From:** Ashley Blekking
**Sent:** Friday, July 20, 2018 12:52 PM
**To:** Tom Geyer <TGeyer@shorelinevision.com>
**Subject:**

I was working in Fremont office Tuesday. I had a patient of Dr. Jansma's come in to order prescription sunglasses. He had said that his exam was about a month ago and he had already had glasses made with that office. I helped the patient pick out a pair of sunglasses and while we were talking about price, I asked if he had a balance with Dr. Jansma because I knew there had been problems with the release of the rx if there is a balance. The patient told me that he did not have a balance, I proceeded with the order. After taking payment I called med records to get his rx and was told he does have a balance. So that leads me to the following conversation with Dr. Jansma:

"Dr. Jansma, I was wondering if I could get the prescription for one of your patients." I gave him the sticky note with the patients name on it. His response was, "How and why would I have his prescription?" I was pretty confused with his question seeing how he is the patient's doctor; I figure he should have that rx. He continued with, "the chart is probably at my house and it has a balance." He seemed very disturbed that I would even ask him for this prescription. He said, "That guys wife was here this morning and they are flight decks." I was taken back a bit that he

would talk badly about his patients especially in front of me and other staff members. He also had said, “When and if I get it, I’ll get it to you”. I said, “thank you”! I walked away and put notes on the patients order because he has already paid the balance for the sunglasses.

Disclaimer: This e-mail and any attachments are intended for the sole use of the addressee listed. It may contain confidential, proprietary and/or legally privileged information. If you are not the intended recipient please notify the sender by return e-mail or call our corporate Information Technology Manager at (231) 739 9009 and delete the e-mail. Unauthorized use, dissemination, distribution or copying of this e-mail or attachments, in whole or in part is strictly prohibited and may be unlawful. Please note that emails are susceptible to change and we shall not be responsible or liable for the proper and complete transmission of the information contained herein, delay in its receipt or damage to your systems. We do not guarantee that the integrity of this email has been maintained or that this email is free of viruses, interception or interference.
Disclaimer: This e-mail and any attachments are intended for the sole use of the addressee listed. It may contain confidential, proprietary and/or legally privileged information. If you are not the intended recipient please notify the sender by return e-mail or call our corporate Information Technology Manager at (231) 739 9009 and delete the e-mail. Unauthorized use, dissemination, distribution or copying of this e-mail or attachments, in whole or in part is strictly prohibited and may be unlawful. Please note that emails are susceptible to change and we shall not be responsible or liable for the proper and complete transmission of the information contained herein, delay in its receipt or damage to your systems. We do not guarantee that the integrity of this email has been maintained or that this email is free of viruses, interception or interference.
Disclaimer: This e-mail and any attachments are intended for the sole use of the addressee listed. It may contain confidential, proprietary and/or legally privileged information. If you are not the intended recipient please notify the sender by return e-mail or call our corporate Information Technology Manager at (231) 739 9009 and delete the e-mail. Unauthorized use, dissemination, distribution or copying of this e-mail or attachments, in whole or in part is strictly prohibited and may be unlawful. Please note that emails are susceptible to change and we shall not be responsible or liable for the proper and complete transmission of the information contained herein, delay in its receipt or damage to your systems. We do not guarantee that the integrity of this email has been maintained or that this email is free of viruses, interception or interference.

From: "Randy H. Jansma, OD" <RJansma@seeitclear.com>

Sent: Monday, July 23, 2018, 11:02 AM

To: Amy Dunleavy <adunleavy@seeitclear.com>; Bill Hughson <bhughson@BlueSkyVision.com>; "Brian A. Hamilton" <bhamilton@BlueSkyVision.com>

Subject: Fwd: Scribe & Changes

Attachments: image001.png

---

Sent from my iPhone

Begin forwarded message:

> **From:** "Randy H. Jansma, OD" <RJansma@seeitclear.com>
> **Date:** July 23, 2018 at 10:06:58 AM EDT
> **To:** Peggy <peggyjansma@yahoo.com>
> **Subject: Re: Scribe & Changes**
>
> Good morning everyone,
> I feel as if we need to back up so we can see the forest for the trees. Things are not in focus, and not as originally stated. I don't know just what version we are on, but clearly we are far afield from what was negotiated when I sold my practices, and agreed to become an employee of Blue Sky Vision.
> The original agreement called for me to see 20 patients per day, as opposed to the 12-14 I was accustomed to seeing in my practices.
> I was to be given a scribe for several reasons:
> 1: 2 different EMR systems. 2. 3 different locations. 3. My lack of knowledge with EMR's.
> There was never any talk of the scribe being temporary in any fashion- not once.
> Only after I became employed did the subject arise. This was not what had been agreed upon.
> Having a scribe has been a wonderful asset! I am documenting in a more complete manner than ever before. It also allows me better patient interaction.
> Several of my patients have hugged me when they have come in for an appointment, but more importantly, patients I have never seen are doing the same. Of course this doesn't happen in all cases, but I believe I am transcending the norm. My scribes have commented on my rapport with patients also.
>
> I want to be part of the solution, and not the problem. That is my goal! I feel the best patient care, and patient retention, in terms of recall, and optical sales come about by having a scribe.

Now to address two things: Number of patients needing to be seen. This number has been fluid-a bit like skating on a moving ice pond...disconcerting. The number has gone from 20-24-36...??!
Changing scribes: I never have the same scribe!!!
Imagine having a new administrative assistant every day, or even 1/2 day. One never really gets comfortable. Or, just about the time you do, the day is done.

At any rate, all I am asking for is what was promised- a permanent scribe, and 20 patients per day. Could I see more, and am I willing to? Yes, within reason.
Best patient care and retention is always my top priority.

Sincerely,

Dr. Randy Jansma

Sent from my iPhone

On Jul 20, 2018, at 1:45 PM, Amy Dunleavy <adunleavy@seeitclear.com> wrote:

> Hello again,
> To clarify, 12-14 is a full optometrist template and 15-18 is to qualify for a scribe.
> My apologies if I was not clear in our conversation.
> Thank you.
> Leading the way. Improving sight. Changing lives.
> Amy J. Dunleavy, CPO COA
> Director of Clinical Operations
> 616.949.2600
> <image001.png>
>
> **From:** Randy H. Jansma, OD
> **Sent:** Friday, July 20, 2018 1:18 PM
> **To:** Amy Dunleavy <adunleavy@seeitclear.com>
> **Subject:** Re: Scribe
> Good afternoon Amy,
> I believe what you said before was 12-13 patients per half day to retain a full time scribe. I am ready, willing, and able to do that for you.
> I feel that would be much more productive than me acting as a scribe and a doctor.
> Best,
> Dr. Randy Jansma
>
> Sent from my iPhone
>
> On Jul 20, 2018, at 1:13 PM, Amy Dunleavy <adunleavy@seeitclear.com> wrote:
>
>> Good afternoon Dr. Jansma,

I wanted to let you know that I spoke to Surya and we are unable to offer you a full time scribe in clinic at this time.
I do plan to offer one for 2 more weeks to allow you to get acclimated to the Nextgen system.
I would like to offer more one on one time for you with Sam May in Nextgen training if you feel this would be helpful.
We can certainly offer a full time scribe once we build your schedule to the 15-18 patients per ½ day.
I will plan to touch base with you next week at some point so that we can discuss your concerns.
Thank you for your understanding.
Leading the way. Improving sight. Changing lives.

Amy J. Dunleavy, CPO COA
Director of Clinical Operations
616.949.2600
<image001.png>

**Amy Dunleavy**

| | |
|---|---|
| **From:** | Amy Dunleavy |
| **Sent:** | Friday, October 5, 2018 12:52 PM |
| **To:** | Melissa Dabrowski |
| **Subject:** | FW: Dr. Jansma |

**From:** Maylyn Apsey
**Sent:** Tuesday, September 4, 2018 8:18 AM
**To:** Amy Dunleavy <adunleavy@seeitclear.com>
**Subject:** RE: Dr. Jansma

Laura feels that he is condescending towards scribes and patients at times. Also, feels he is sometimes sexist.

Megs was told by Sam May that he's horrible.

Maylyn Apsey, COA, OSC
Walker Clinic Manager

GRAND RAPIDS OPHTHALMOLOGY
Eye Care | Surgery | Laser Correction

3300 Walker View Dr.
Walker, MI 49544

P 616.949.2600
F 616.588.6516
www.seeitclear.com

**From:** Amy Dunleavy
**Sent:** Tuesday, September 04, 2018 6:50 AM
**To:** Maylyn Apsey <mapsey@seeitclear.com>; Georgie Shaw <gshaw@seeitclear.com>
**Subject:** Dr. Jansma

Maylyn and G-
In response to the lack of scribe for Dr. Jansma on Friday, I am collecting specific data on why our scribes do not want to work with him.
Although it not an easy conversation, I am looking for details of what exactly he said or has done to make these great team members free uncomfortable.
Thank you for your help!

Leading the way. Improving sight. Changing lives.

Amy J. Dunleavy, CPO COA
Director of Clinical Operations
616.949.2600

EXHIBIT
#3
Jansma
3-25-21
PENGAD 800-631-6989

GRAND RAPIDS OPHTHALMOLOGY
Eye Care | Surgery | Laser Correction

**Amy Dunleavy**

| | |
|---|---|
| **From:** | Amy Dunleavy |
| **Sent:** | Friday, October 5, 2018 12.52 PM |
| **To:** | Melissa Dabrowski |
| **Subject:** | FW: Jansma |

**From:** Amy Dunleavy
**Sent:** Monday, September 17, 2018 10:34 AM
**To:** Phil Vanderlugt, OD <PVanderlugt@seeitclear.com>
**Cc:** Zachary Smith <ZSmith@seeitclear.com>
**Subject:** Jansma

Good morning,
I had a nice conversation with Dr. Gohel last week regarding Dr. Jansma.
He expressed concerns in his clinical ability, specifically those that were referred to Gohel for pathology when there was nothing present after Dr. Gohel's exam. He would like to discuss further at your convenience.
I have also been given some information from Melissa Anderson that you may want to touch base with her on feedback from her optical team. Her team has expressed some of the same concerns I am getting in clinic.
Derogatory comments and an uneasiness when with him.
Thank you for your continued efforts to make for a great work environment and fantastic patient experience.

Leading the way. Improving sight. Changing lives.

Amy J. Dunleavy, CPO COA
Director of Clinical Operations
616.949.2600

GRAND RAPIDS OPHTHALMOLOGY
Eye Care | Surgery | Laser Correction

**Amy Dunleavy**

| | |
|---|---|
| **From:** | Amy Dunleavy |
| **Sent:** | Friday, October 5, 2018 12:53 PM |
| **To:** | Melissa Dabrowski |
| **Subject:** | FW: Jansma |

This was a day I could not find anyone that would work with Dr. Jansma due to the previous complaints.
Jared changed his plans for the day to accommodate.

**From:** Amy Dunleavy
**Sent:** Wednesday, September 5, 2018 1:24 PM
**To:** Jared W. Holmes <jholmes@seeitclear.com>
**Subject:** Jansma

THANK YOU SO MUCH for agreeing to stay this afternoon to help in Dr. Jansma's clinic.
I would like to buy you lunch. Please tell me your favorite place!
You are the best!

Leading the way. Improving sight. Changing lives.

Amy J. Dunleavy, CPO COA
Director of Clinical Operations
616.949.2600

GRAND RAPIDS OPHTHALMOLOGY
Eye Care | Surgery | Laser Correction

From: Amy Dunleavy <adunleavy@seeitclear.com>
Sent: Friday, October 5, 2018, 12:52 PM
To: Melissa Dabrowski <mdabrowski@BlueSkyVision.com>
Subject: FW: Dr. Jansma
Attachments: DrJansma feedback.docx

**From:** Amy Dunleavy
**Sent:** Wednesday, September 5, 2018 9:43 AM
**To:** Zachary Smith <ZSmith@seeitclear.com>; Phil Vanderlugt, OD <PVanderlugt@seeitclear.com>
**Subject:** Dr. Jansma

Good morning,
Zach, you had asked that I get feedback from some of the scribes regarding Dr. Jansma.
I have made a document and attached.
Getting a scribe for him has become increasingly difficult as some are refusing to work with him due to these complaints.
I am not comfortable forcing someone to work with him.
Please let me know how you would like me to proceed.
I am working on finding a scribe for him this afternoon but may have to resort to paper again if I am unable to find someone.
Thank you for making this a priority.

Leading the way. Improving sight. Changing lives.

Amy J. Dunleavy, CPO COA
Director of Clinical Operations
616.949.2600

GRAND RAPIDS OPHTHALMOLOGY
Eye Care | Surgery | Laser Correction

Dr. Jansma Complaints from staff and managers:

- From a lead tech: XXX contacted me and said that Dr.Jansma was getting frustrated with the contact lens page and sending in medications to pharmacy's and started raising his voice at a tech. This is not the 1st time he has done this when he gets frustrated with the system. He also will walk away and tell us to figure it out when something happens that he does not like. He has done this with me several times and also with the scribes. I feel that he is very capable of learning the system and knows how to do most of it but he feels that he is entitled to a permanent scribe so he is taking advantage of it until the 14th. Also, I have had several employees come up to me and tell me that he is being very rude with making comments about patients ethnicity, race and sexual orientation. If something could be addressed with him that would be great because it has been a continuous struggle trying to find someone to scribe with him and employees at this office are not fond of working with him.
- Tech/scribe XX feels that he is condescending towards scribes and patients at times. Also, feels he is sometimes sexist. (this has come up with 3 of the scribes)
- Dr. can be condescending to patients and makes snide comments after patient leaves the room related to hygiene, gender, income (insurance).

From: Michelle Cassens <MCassens@shorelinevision.com>
Sent: Thursday, August 30, 2018, 5:13 PM
To: Surya Desiraju <SDesiraju@BlueSkyVision.com>
Subject: Dr. Jansma

---

Surya,

I have asked the clinic supervisor in Fremont who works with Dr. Jansma to keep me informed of any patient situations that arise. This is an excerpt from an email Lynda sent me yesterday. She did make sure the daughter and mother were ok after the exam was complete. I wanted you to be aware as there have been several other issues with staff and patient interactions.

Lynda wrote:
I don't think he is the best with little kids. We had a five year old girl last week for her first eye exam. She did a great job and responded well to me. Once she was with him it seemed he almost "badgered" her to tell him the letters. She eventually started to cry. She just couldn't see the letters he was asking her to see. I was surprised the mother didn't say anything.

Michelle M. Cassens, RN
Executive Director
Shoreline Vision

Lead the way. Improve sight. Change lives.

Shoreline Vision
*Vision Care. For Life.*

Blue Sky
VISION

Disclaimer: This e-mail and any attachments are intended for the sole use of the addressee listed. It may contain confidential, proprietary and/or legally privileged information. If you are not the intended recipient please notify the sender by return e-mail or call our corporate Information Technology Manager at (231) 739 9009 and delete the e-mail. Unauthorized use, dissemination, distribution or copying of this e-mail or attachments, in whole or in part is strictly prohibited and may be unlawful. Please note that emails are susceptible to change and we shall not be responsible or liable for the proper and complete transmission of the information contained herein, delay in its receipt or damage to your systems. We do not guarantee that the integrity of this email has been maintained or that this email is free of viruses, interception or interference.

From: Melissa Dabrowski <mdabrowski@BlueSkyVision.com>
Sent: Thursday, November 8, 2018, 12:45 PM
To: RANDY JANSMA <doc2020@comcast.net>
Subject: Appointment Scheduling Update
Attachments: BSV - Dr. Randall Jansma.pdf

---

Dr. Jansma,
Good Afternoon. I wanted to follow up again as we were able to connect with Dr. Glisson's office. We sent over the necessary paperwork earlier this week, so they could contact you to schedule your appointment. I have not yet received a response from my not on the 29th, but I wanted to let you know they would be in contact with you if they have not already been in touch to schedule this appointment at BSV's expense. Hoping we are able to bring this to a resolution in the near future. We will still need to have you sign and return a copy of the HIPAA authorization, so I've attached the original information from 10/29 as well just in case you need it.

Please let me know if you have additional questions.

Regards,

Melissa Dabrowski
VP of Human Resources

Blue Sky
VISION

4020 East Beltline Ave NE
Grand Rapids, MI 49525

Office 616.588.6574

**From:** Melissa Dabrowski
**Sent:** Monday, October 29, 2018 12:02 PM
**To:** 'RANDY JANSMA' <doc2020@comcast.net>
**Subject:** RE: Letter / Release

Dr. Jansma,
Please see attached the forms updated with the physician you have indicated you would like to be seen by Dr. Glisson. We are in the process of securing an appointment for you to be seen at BSV's expense, so we will need you to sign and return a copy of the HIPAA authorization. Let me know if you have additional questions.

Regards,

Melissa Dabrowski

EXHIBIT
#4
Jansma 3-25-21
PENGAD 800-631-6989

VP of Human Resources

Blue Sky VISION

4020 East Beltline Ave NE
Grand Rapids, MI 49525

Office 616.588.6574
Mobile 989.492.4906

**From:** Melissa Dabrowski
**Sent:** Wednesday, October 24, 2018 4:48 PM
**To:** 'RANDY JANSMA' <doc2020@comcast.net>
**Subject:** RE: Letter / Release

Dr. Jansma:

Thank you for your follow up email, though I disagree that "the terms of the situation have changed markedly." As Surya Desiraju and Dr. VanderLugt shared with you at the initial meeting, Blue Sky Vision has concerns about your work performance as well as your ability to safely perform your job duties, with or without reasonable accommodation, due to your homonymous hemianopia. You were given the opportunity to resign, and as part of that discussion, you asked whether Blue Sky would lift the restrictive covenants in your employment agreement so that you could practice elsewhere. Surya promised to discuss that issue with the management team, which he did. However, he was told that the restrictive covenants should not be lifted.

During the meeting with Surya and Dr. VanderLugt, when they expressed concern about the impact your homonymous hemianopia may have on patient safety, you shared your belief that you could safely perform your job duties, despite your eye condition. The reason for the medical evaluation was to determine whether you were correct, but in the meantime, because the nature of your condition created patient safety concerns, you have been on a leave of absence. The medical evaluation has always been the tool that would enable you to return to work, as long as one of the specialist you were given to choose from confirms that you can safely perform your job duties, with or without reasonable accommodation. I apologize if that was not sufficiently clear to you, but that has always been the case.

I also want to make it clear that Blue Sky is not interested in any medical information about you beyond whether the nature and extent of your homonymous hemianopia prevents you from safely performing

your job duties. If you are deemed safe to return to work, with or without reasonable accommodations, you may return and will not be subjected to a hostile environment.

Finally, while I appreciate that you have selected Dr. Glisson and we will honor any reasonable scheduling requests in setting an appointment, moving forward with the medical examination is not dependent upon your meeting with the EEOC. We will expect you to cooperate and make yourself available for the evaluation at the earliest opportunity. I will work on scheduling an appointment with Dr. Glisson, at Blue Sky's expense.

Regards,

Melissa Dabrowski
VP of Human Resources

Blue Sky
VISION

4020 East Beltline Ave NE
Grand Rapids, MI 49525

Office 616.588.6574
Mobile 989.492.4906

**From:** RANDY JANSMA [mailto:doc2020@comcast.net]
**Sent:** Wednesday, October 24, 2018 1:55 PM
**To:** Melissa Dabrowski <mdabrowski@BlueSkyVision.com>
**Subject:** RE: Letter / Release

Melissa,

As I stated in my last email, the terms of this situation have changed markedly since Blue Sky Vision first requested my resignation on 09/25/18. At that time, I was offered the balance of my salary, and the restrictive covenants would be lifted entirely, if I resigned. I was told it would be in my best interest to resign by Dr, Phil Vander Lugt, and Surya Desiraju, of course this is not true.

When the subject of testing was introduced there was no talk of my returning to work- none whatsoever!

So for you to indicate that now, and to express concern, is quite heartening, but I greet it with a healthy dose of skepticism, since Blue Sky's intent all along was to get me to resign.

The testing Blue Sky has proposed is overreaching in its scope. It seeks to delve into my entire medical history, which is an invasion of my privacy. Only history germane to my condition may be accessed.

My examination also seeks to make sure I NEVER MISS ANYTHING when I examine a patient. While I always strive for that, only God is perfect. The rest of us can only try. Blue Sky certainly doesn't expect that from their other staff doctors.

In addition, Blue Sky would like to weigh in on any future employment I would seek. This is preposterous! It is none of Blue Sky's business who I work for if I am no longer in their employ, and they will have no say in the matter.

The issues I have listed above, as well as Blue Sky's intent if I am deemed fit to practice, with or without accommodation, need to be set forth before I agree to, and have testing performed. In other words, I need to know the outcome if I am deemed fit to practice. Will I remain employed, as a practicing optometrist, with Blue Sky Vision, LLC, in a non-hostile work environment that accommodates me?

This needs to be set forth in writing. If that is the case, I select Dr. Glisson to examine me. I will set the appointment. It will occur after my meeting with the EEOC, which should occur during the next 2-4 weeks.

Best,

Dr. Randy Jansma

On October 23, 2018 at 4:29 PM Mtroelissa Dabrowski <mdabrowski@BlueSkyVision.com> wrote:

Dr. Jansma:

I am sorry to hear that this has been stressful to you and your family, but the purpose of the medical evaluation that we have been requesting is to facilitate your return to work, as long as you can safely perform your job duties. I understand that you may not have fully understood your obligation that to continue working with Blue Sky Vision you need that evaluation completed, but the fact is, you do have that obligation. And while you are free to provide Blue Sky Vision with information from *your* treating physician, we also need you to complete the evaluation with one of the specialists who we recommended. Blue Sky Vision does not have any ongoing relationship with either specialist, so I expect that they can provide an objective view on whether your medical condition would prevent you from safely performing your job duties, with or without reasonable accommodation.

Blue Sky Vision will *not* consider you a voluntary quit if, as we have now requested four times over the course of two weeks, you advise Blue Sky Vision which specialist you prefer and cooperate in completing a medical evaluation. Blue Sky Vision will consider your employment ended if you do not identify which specialist you prefer by close of business, Wednesday, October 24, 2018. This should be plenty of time to make that selection, as you have had their names since October 8, 2018.

Please let me know if you have any questions.

Regards,

Melissa Dabrowski

VP of Human Resources

Blue Sky VISION

4020 East Beltline Ave NE

Grand Rapids, MI 49525

Office 616.588.6574

Mobile 989.492.4906

**From:** RANDY JANSMA [mailto:doc2020@comcast.net]
**Sent:** Monday, October 22, 2018 10:24 PM
**To:** Melissa Dabrowski <mdabrowski@BlueSkyVision.com>
**Subject:** RE: Letter / Release

Dear Melissa and Surya,

Please be very clear that I am not voluntarily quitting my position. Not knowing my rights in this unusual situation has taken more time than you have allowed me when you want immediate responses to your requests. First I was blind sided by your requests for my resignation. I never wanted to resign and am definitely not resigning my position with Blue Sky Vision. Then you began requesting medical examinations. On top of making other offers in exchange for my resignations in regards to changing restricted covenants and paying for patient files for two years. So you see, Melissa, your side of this matter has shifted and changed it's requests along the way.

The attorney I have spoken to has been tied up in trials and unable to respond to some of the issues at hand within the time frames given.

As soon as possible, my physician will be preparing a report that will set forth any needed accommodations and outline my ability to do the job safely with accommodations. We will follow the requirements for medical exams under the ADA.

Therefore, let me state that I consider myself as continuing my employment with Blue Sky Vision and know that you will see that I am determining what the best plan is for me to follow so that I may return to work. You have no idea the hardship this has been on me and my family both professionally and financially. I want to get the matter resolved as soon as possible and return to providing excellent health care to my patients as I have done for the past 29 years and being able to make a living to take care of my family.

Sincerely,

Dr. Randy Jansma

On October 22, 2018 at 5:34 PM Melissa Dabrowski <mdabrowski@BlueSkyVision.com> wrote:

Dr. Jansma,

Regardless of whether you have an attorney or filed a complaint with the EEOC, your continued employment with Blue Sky Vision requires you to cooperate with us in attempting to schedule a medical evaluation, so that we can determine whether you can safely perform your job duties. You committed to working through that process with us on October 5, 2018, and we suggested two independent doctors who could assess your condition on October 8, 2018. Despite repeated follow ups, we have not received an answer from you. Last Friday, I asked that you select one of those doctors by the end of the day today if you did not want Blue Sky Vision to interpret your refusal to move forward as a voluntary quit.

While you could certainly have chosen to file a complaint with the EEOC and still move forward with scheduling your medical evaluation (and continuing your employment), your response that you have "filed a complaint with the EEOC" – without offering any additional information about the plan to determine your safety to return to work – tells me that you've decided to end your employment. I will therefore consider today your last day of employment with Blue Sky Vision, and will follow up with additional information on COBRA.

I wish you the best in the future.

Regards,

Melissa Dabrowski

VP of Human Resources

Blue Sky
VISION

4020 East Beltline Ave NE

Grand Rapids, MI 49525

Office 616.588.6574

Mobile 989.492.4906

**From:** Randy Jansma [mailto:doc2020@comcast.net]
**Sent:** Monday, October 22, 2018 4:16 PM
**To:** Melissa Dabrowski <mdabrowski@BlueSkyVision.com>
**Subject:** Re: Letter / Release

Melissa,

After further evaluation I was advised to contact the EEOC. I have filled a complaint with the EEOC, and will have a meeting with them in the near future.

Dr. Randy Jansma

Sent from my iPhone

On Oct 19, 2018, at 3:44 PM, Melissa Dabrowski <mdabrowski@BlueSkyVision.com> wrote:

Dr. Jansma,

I understand that you have retained an attorney and that is your right to do so, however as an employee of Blue Sky Vision during our discussion on October 5th you had requested to move forward with the medical assessment and we have still not received confirmation back in regards to which of the recommended physicians you would like to see. We will need confirmation of your decision by no later than close of business Monday, October 22nd, so that we can proceed. Please let Surya or I know if you have additional questions.

Regards,

Melissa Dabrowski

VP of Human Resources

<image001.jpg>

4020 East Beltline Ave NE

Grand Rapids, MI 49525

Office 616.588.6574

Mobile 989.492.4906

**From:** Randy Jansma [mailto:doc2020@comcast.net]
**Sent:** Thursday, October 18, 2018 5:10 PM
**To:** Melissa Dabrowski <mdabrowski@BlueSkyVision.com>
**Subject:** Re: Letter / Release

Melissa,

I did not see this email until this morning. I met with my attorney yesterday and have since forwarded this to him. We will be in touch to advise regarding my course of action.

Dr. Randall Jansma

Sent from my iPhone

On Oct 16, 2018, at 12:37 PM, Melissa Dabrowski <mdabrowski@BlueSkyVision.com> wrote:

> Dr. Jansma,
>
> Good Afternoon. We have not received a response from you since sending the next step details attached on October 8th. We need to have a response from you by no later than 5 p.m. on Wednesday, October 17th, so we are able to proceed. If we have not heard by that time it will be our understanding that you do not intend to pursue the medical assessment and are planning to voluntarily resign your position.

Please let Surya or I know if you have questions. Thanks!

Regards,

Melissa Dabrowski

VP of Human Resources

<image001.jpg>

4020 East Beltline Ave NE

Grand Rapids, MI 49525

Office 616.588.6574

Mobile 989.492.4906

**From:** Melissa Dabrowski
**Sent:** Monday, October 8, 2018 1:29 PM
**To:** 'Randy Jansma' <doc2020@comcast.net>
**Cc:** Surya Desiraju <SDesiraju@BlueSkyVision.com>
**Subject:** Letter / Release

Dr. Jansma,

Good Afternoon. I apologize for the delay in getting this to you. There are two physicians outside of the

BSV provider network that our physicians are suggesting would be the right specialty.  The two are Dr. Glisson or Dr. Santos.  Per your request last Friday I've attached a copy of the letter and release form that that will be sent to either Dr. Glisson or Dr. Santos.

Can you please let me know which you would prefer to see and then I will update the attached letter and address to them accordingly? Thanks!

Regards,


Melissa Dabrowski

VP of Human Resources

<image001.jpg>

4020 East Beltline Ave NE

Grand Rapids, MI 49525

Office 616.588 6574

Mobile 989.492.4906