# EXHIBIT LIST

| | | |
|---|---|---|
| 1. | Exhibit A | Hamilton Transcript Excerpts |
| 2. | Exhibit B | BSV Website |
| 3. | Exhibit C | Dabrowski Deposition Transcript Excerpts |
| 4. | Exhibit D | Dunleavy Deposition Transcript Excerpts |
| 5. | Exhibit E | Cassens Deposition Transcript Excerpts |
| 6. | Exhibit F | Press Release |
| 7. | Exhibit G | Jansma Transcript Excerpts |
| 8. | Exhibit H | Job Description |
| 9. | Exhibit I | Glazer Deposition Transcript Excerpts |
| 10. | Exhibit J | Purchase Agreement Excerpts |
| 11. | Exhibit K | Desiraju Deposition Transcripts Excerpts |
| 12. | Exhibit L | Glisson Deposition Transcript Excerpts |
| 13. | Exhibit M | Vanderlugt Deposition Transcript Excerpts |
| 14. | Exhibit N | Emails |
| 15. | Exhibit O | VRA Medical Records |
| 16. | Exhibit P | Defendant's Interrogatory Responses |
| 17. | Exhibit Q | Shoreline Vision Employee Manual Excerpts |
| 18. | Exhibit R | GRO Employee Manual Excerpts |
| 19. | Exhibit S | Plaintiff's Exhibit 10 |
| 20. | Exhibit T | EEOC Questionnaire |
| 21. | Exhibit U | BSV 253, 254, EEOC 00098-0099 |
| 22. | Exhibit V | Plaintiff's Exhibit 14 |
| 23. | Exhibit W | Plaintiff's Exhibit 15 |
| 24. | Exhibit X | Glisson Medical Records |
| 25. | Exhibit Y | Termination Letter |
| 26. | Exhibit Z | EEOC's Determination |