# EXHIBIT N

From: RANDY JANSMA <doc2020@comcast.net>
Sent: Thursday, March 29, 2018, 11:20 AM
To: "Phil Vanderlugt, OD" <PVanderlugt@seeitclear.com>; "Brian A. Hamilton" <bhamilton@BlueSkyVision.com>
Subject: Re: Meeting

---

Hi Phil,
That sounds good. Sorry I didn't see this until just now-busy. I will give you a call today.
Randy

> On March 27, 2018 at 8:02 PM "Phil Vanderlugt, OD" <PVanderlugt@seeitclear.com> wrote:
>
>
> Hey Randy! Hope your well! It will be fun to catch up again after our trip East. I am gone all next week. I think it would be good to catch up the following week. Let's maybe talk things out on the phone sometime in the next couple days. Give me a call at your convenience! Have a great weekend!
> Phil
>
> Sent from my iPhone
>
> On Mar 27, 2018, at 7:50 PM, Brian A. Hamilton <bhamilton@BlueSkyVision.com<mailto:bhamilton@BlueSkyVision.com>> wrote:
>
> Hi Phil and Randy,
>
> I thought I would get the ball rolling by sending an email to the both of you. It sounds like both of you believe it makes sense to get together. So, I will let you two decide on what works best for schedules. I know that Spring Break will be next week, so not sure how that may affect your schedules.
>
> Cheers!
>
> Brian Hamilton
> Senior Associate – Business Development
> M: 616.690.6919
> E: bhamilton@blueskyvision.com<mailto:bhamilton@seeitclear.com>
>
> <image002.png>
>
> 4020 East Beltline NE
> Grand Rapids MI 49525
>
>
>

EXHIBIT PENGAD 800-631-6989 #3 Hamilton 10-29-20

> ________________________________
>
> This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version. Grand Rapids Ophthalmology, 750 East Beltline NE, Grand Rapids, MI www.seeitclear.com

From: RANDY JANSMA <doc2020@comcast.net>
Sent: Thursday, March 29, 2018, 11:21 AM
To: "Phil Vanderlugt, OD" <PVanderlugt@seeitclear.com>; "Brian A. Hamilton" <bhamilton@BlueSkyVision.com>
Subject: RE: Meeting

---

Thanks Brian. That sounds great! Cheers to Us!!!

> On March 27, 2018 at 7:50 PM "Brian A. Hamilton" <bhamilton@BlueSkyVision.com> wrote:
>
> Hi Phil and Randy,
> I thought I would get the ball rolling by sending an email to the both of you. It sounds like both of you believe it makes sense to get together. So, I will let you two decide on what works best for schedules. I know that Spring Break will be next week, so not sure how that may affect your schedules.
> Cheers!
>
> Brian Hamilton
> Senior Associate – Business Development
> M: 616.690.6919
> E: bhamilton@blueskyvision.com
> Blue Sky VISION
> 4020 East Beltline NE
> Grand Rapids MI 49525

---

This message contains confidential information and is intended only for the individual named If you are not the named addressee you should not disseminate, distribute or copy this e-mail Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted lost, destroyed, arrive late or incomplete, or contain viruses The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission If verification is required please request a hard-copy version Grand Rapids Ophthalmology, 750 East Beltline NE Grand Rapids, MI www seeitclear com

From: RANDY JANSMA <doc2020@comcast.net>

Sent: Tuesday, March 27, 2018, 3:41 PM

To: "Brian A. Hamilton" <bhamilton@BlueSkyVision.com>

Subject: RE: Update

---

Hi Brian,

That sounds good. Thank you for getting the 126k approved. I would like to accept that offer, along with the other salary and benefits we discussed. Talking with Phil would be welcomed. Just let me know when.

Thank you very much,

Randy

> On March 27, 2018 at 3:08 PM "Brian A. Hamilton" <bhamilton@BlueSkyVision.com> wrote:
>
> Hi Randy,
>
> Thanks for reaching out. Based on our discussion, I was able to get approval to do the $101 + $25K (for the non-compete) or $126k at close. I understand the structure will need to be a little different, so we can work with your CPA and our side on the best structure for you, as well as the future payments.
>
> I would like you to spend some time with Phil VanderLugt, maybe a late morning for an hour or so, and then grab lunch. That way you two can discuss what life may be like here, and make sure you believe it's a fit!
>
> How does that sound?
>
> -Brian
>
> **From:** RANDY JANSMA [mailto:doc2020@comcast.net]
> **Sent:** Tuesday, March 27, 2018 12:02 PM
> **To:** Brian A. Hamilton <bhamilton@BlueSkyVision.com>
> **Subject:** RE: Update

EXHIBIT
#2
Hamilton
10-29-20
PENGAD 800-631-6989

From: "Randy H. Jansma, OD" <RJansma@seeitclear.com>
Sent: Tuesday, June 26, 2018, 8:31 AM
To: "Brian A. Hamilton" <bhamilton@BlueSkyVision.com>
Subject: Re: Last week

---

Hi Brian,
Thank you for the clarification. I feel a couple months would be needed to learn both systems, however I would really appreciate making the scribe permanent.
I am certain this would be the best fit overall.

Best,

Randy

Sent from my iPhone

On Jun 25, 2018, at 2:06 PM, Brian A. Hamilton <bhamilton@BlueSkyVision.com> wrote:

> Hi Guys,
> When we worked things out with Randy coming onboard, we talked about having a scribe to help him get up to speed. We felt this would be best for the patients, and candidly for Randy coming onboard. All of this being said, our intent was that this was not to be permanent (I am not sure we discussed a timeframe, but would assume a couple of months would be required to get a new OD acclimated to the different EMR systems).
> If a permanent scribe is being requested, than I would deflect that question to Amy (as I know we are in the middle of training additional scribes because we don't have enough for the ODs that have requested them to-date).
> Thanks guys!
> Brian
>
> **From:** Randy H. Jansma, OD
> **Sent:** Monday, June 25, 2018 10:28 AM
> **To:** Amy Dunleavy <adunleavy@seeitclear.com>; Brian A. Hamilton <bhamilton@BlueSkyVision.com>
> **Subject:** Re: Last week
> Good morning Amy,
> I wish to make you aware of circumstances regarding the sale of my practice and subsequent employment by Blue Sky Vision. During negotiations I was promised a scribe, as I would be dealing with two different EMR's, and three locations. It was agreed this would provide the best in patient care and satisfaction.
> I contacted Brian Hamilton to let him know that I felt Shoreline Ophthalmology in Fremont was not going to be providing a scribe as promised. He said he would go to work on things, and I believe that situation is turning around.
> Please feel free to speak with Brian, or Bill Hughson about this.
> And, of course you can contact me at your convenience.
> Best regards,
> Dr. Randy Jansma.

EXHIBIT
#8
Hamilton
8-6-20
PENGAD 800-631-6989

Sent from my iPhone

On Jun 25, 2018, at 7:22 AM, Amy Dunleavy <adunleavy@seeitclear.com> wrote:

> Good morning Dr. Jansma,
> Wonderful news! I am so glad that your first week went well.
> Please keep me posted on your progress. As discussed, we will be adding additional exam spots to your template when you feel confident.
> I also plan to remove the scribe but we can reassess after this week to see how you are feeling.
> Have a wonderful week and please reach out with any needs that may arise.
> Leading the way. Improving sight. Changing lives
>
> Amy J. Dunleavy, CPO COA
> Director of Clinical Operations
> Clinic Manager
> <image001.png>
> 6050 Northland Drive
> Rockford, Michigan 49341
> Seeitclear.com
> 616.949.2600
>
> **From:** Randy H. Jansma, OD
> **Sent:** Sunday, June 24, 2018 9:17 PM
> **To:** Amy Dunleavy <adunleavy@seeitclear.com>
> **Subject:** Re: Last week
> Good evening Amy,
> Yes, I had a very nice weekend. I hope yours was equally as good.
> Things went extremely well in both locations last week.
> Everyone there is very helpful, and I appreciate having scribes who are excellent at their jobs!
> Having the scribes is helping immensely in my exam flow. They have also been very helpful in helping me navigate the EMR.
> The office managers at both locations, Georgie, and Mary, were also very welcoming and accommodating and a pleasure to work with.
> Best regards,
> Dr. Randy Jansma
>
> Sent from my iPhone
>
> On Jun 24, 2018, at 10:48 AM, Amy Dunleavy <adunleavy@seeitclear.com> wrote:
>
>> Good morning Dr. Jansma,
>> I hope you were able to have a restful weekend.
>> I wanted to check in to see how your first week of clinic went at 68th street and Grandville.
>> How are you adjusting to the computer based medical records?

Any concerns that you may have or requests for support?
I look forward to hearing from you soon.
Leading the way. Improving sight. Changing lives.

Amy J. Dunleavy, CPO COA
Director of Clinical Operations
Clinic Manager
<image001.png>
6050 Northland Drive
Rockford, Michigan 49341
Seeitclear.com
616.949.2600

From: RANDY JANSMA <doc2020@comcast.net>
Sent: Monday, May 28, 2018, 5:31 PM
To: Dan Hosler <dhosler@BlueSkyVision.com>; "Brian A. Hamilton" <bhamilton@BlueSkyVision.com>
Subject: RE: APA

---

Hi Brian,
Regarding the schedule, I believe it would be best for me to start the week of June 11, rather than the 4th. Also, as far as Fremont, I think 9am-6pm would work. Let's try that for starters.
Best,

Randy

> On May 24, 2018 at 1:30 PM "Brian A. Hamilton" <bhamilton@BlueSkyVision.com> wrote:
>
> Hi Randy,
> Here's some answers to your questions. I will call you a little later so we can discuss.
> #1 – You have seen our standard employment agreement, that is what we would have you sign.
> #2 – The total purchase price when we start the partnership is $126k. Then you will receive $15/file for every patient that becomes a new patient at BSV. We will pay this quarterly in arrears for the next two years. So, when we did this analysis, we believed that this # is probably between $50-75k, but could be higher if more transition. That will be paid out as they convert.
> #3 – All of the BSV doctors that have sold into our partnership have signed 25 mi restriction for every location. They are the ones who asked us for this, so that doctors don't sell their practice and then quit and try and set up shop across the street. I was able to get them comfortable with just doing the two locations we discussed. There was some uneasiness because it would be possible for you to set up shop in Muskegon or Grand Haven at some point and we are already in those markets. I hope that makes sense.
> #4 – Here's what I know about the schedule now:
> Week #1
> Tuesday – Fremont
> Wednesday – 68th Street
> Friday – Grandville
> Week #2
> Tuesday – Fremont
> Wednesday – Grandville
> Friday – 68th Street
> *You will swap your locations on Wed and Fri for now. Also, our normal work shift at GRO 8-5. There is a request at Fremont if you could work 9:30-6:30, as they believe this is best for current patient needs, but are also able to do 8-5.

EXHIBIT
#5
Hamilton
02-26-21
PENGAD 800-631-6989

On Jul 20, 2018, at 1:13 PM, Amy Dunleavy <adunleavy@seeitclear.com> wrote:

Good afternoon Dr. Jansma,

I wanted to let you know that I spoke to Surya and we are unable to offer you a full time scribe in clinic at this time.
I do plan to offer one for 2 more weeks to allow you to get acclimated to the Nextgen system.
I would like to offer more one on one time for you with Sam May in Nextgen training if you feel this would be helpful.
We can certainly offer a full time scribe once we build your schedule to the 15-18 patients per ½ day.
I will plan to touch base with you next week at some point so that we can discuss your concerns.

Thank you for your understanding.

Leading the way. Improving sight. Changing lives.

Amy J. Dunleavy, CPO COA
Director of Clinical Operations
616.949.2600

<image001.png>

From: Michelle Cassens <MCassens@shorelinevision.com>
Sent: Wednesday, August 1, 2018, 11:16 AM
To: Surya Desiraju <SDesiraju@BlueSkyVision.com>
Subject: RE: Dr. Jansma patients with balances

---

Surya,

I waited until today to respond, because I wanted to see how yesterday went in Fremont.

- The question of a scribe in Fremont has not come up again, however, he cannot function without one at this time. Lynda, the supervisor, has been serving as his scribe. I had an opportunity to talk with Lynda this morning and she has grave concerns about Dr. Jansma and is ability to function independently. He cannot even manipulate the computer mouse to navigate the screen.
- Patients with balances. This week, Dr. Jansma brought to Fremont the patient charts he had at his home. We understand these patients are part of his A/R. He is hoping to get help with his A/R. My opinion is he should hire an outside billing company to do this. I do not think it would be a good idea to intermingle his A/R with any partner billing department (for many, many reasons). SV will not take on this task.
- Just some insight into his personality... Yesterday he brought the above mentioned boxes of charts into the Fremont office on a dolly. He left the charts and put the dolly back in his car. Angie and Lynda had to lift the boxes onto office chairs to wheel them out to Angie's car. He could have offered them the use of the dolly.
- Many of his interactions with staff and management have been hurtful and insulting. Sometimes he has apologized.
- On a positive note, Lynda reports his patients are very fond of him and happy for him. They are impressed by the Fremont office.

I am concerned the expense in resources to support Dr. Jansma will far exceed the revenue he brings to SV. Unless the experience at GRO is vastly different, I would hope the Business Development department would put their time, resources and energy into recruiting providers and practices with more long term potential.

Thank you for inquiring as to how it has been going. I hope your time away is refreshing.

Michelle

Michelle M. Cassens, RN
Executive Director
Shoreline Vision

Lead the way. Improve sight. Change lives.

Shoreline Vision
Vision Care. For Life.

Blue Sky
VISION