# EXHIBIT V

From: Melissa Dabrowski <mdabrowski@BlueSkyVision.com>

Sent: Monday, October 8, 2018, 1:29 PM

To: Randy Jansma <doc2020@comcast.net>

Cc: Surya Desiraju <SDesiraju@BlueSkyVision.com>

Subject: Letter / Release

Attachments: BSV - Dr. Randall Jansma.pdf; Optometrist.pdf

---

Dr. Jansma,

Good Afternoon. I apologize for the delay in getting this to you. There are two physicians outside of the BSV provider network that our physicians are suggesting would be the right specialty. The two are Dr. Glisson or Dr. Santos. Per your request last Friday I've attached a copy of the letter and release form that that will be sent to either Dr. Glisson or Dr. Santos.

Can you please let me know which you would prefer to see and then I will update the attached letter and address to them accordingly? Thanks!

Regards,

Melissa Dabrowski
VP of Human Resources

Blue Sky
VISION

4020 East Beltline Ave NE
Grand Rapids, MI 49525

Office 616.588.6574
Mobile 989.492.4906

EXHIBIT
#14
Dabrowski 3-1-21
PENGAD 800-631-6989



**EXHIBIT V**

Blue Sky VISION

ADDRESS LINE 1
ADDRESS LINE 2

Dear Dr. ___________:

Dr. Jansma has notified BSV that he has homonymous hemianopia, which has created concerns about whether Dr. Jansma can safely perform his job as an Optometrist, with or without reasonable accommodation.

In order to appropriately evaluate and respond to this issue, we need more information about Dr. Jansma's impairment(s) and whether he can perform his job with or without any accommodation.

To assist you in responding to the questions below, we have attached a list of the essential functions of Dr. Jansma's position. Specifically, is he able to thoroughly exam the eye to find pathology, including seeing the entire surface and internal structures of the eye without missing areas of concern which can lead to irreversible loss of vision or missing systemic diseases that could be diagnosed based on ocular findings. We want to be sure that Dr. Jansma is not placed in a job position that he is unable to perform and/or that could place patients or others at risk. Please note that the attached list is specific to Dr. Jansma's current job at BSV. In the event that he seeks a different position, BSV will likely ask you to provide an opinion with regard to that particular position.

Please answer the below questions. We have enclosed a release signed by Dr. Jansma giving you permission to respond directly to BSV.

1. Does Dr. Jansma have a physical or mental impairment? If so, please describe such impairment(s) in detail.

2. What is causing Dr. Jansma's impairment?

3. Do you expect that impairment to change for the worse or for the better? If so, please explain how it might change and the expected timeframe for that change to occur.

4. Using the attached list, can Dr. Jansma perform the essential functions of his job?

5. If Dr. Jansma cannot perform one or more of his essential job functions, is there a reasonable accommodation that would allow him to perform the function? Note that a continuous leave of absence might be a reasonable accommodation in some circumstances but that permission to have unreliable and unpredictable attendance is generally not. Please answer with regard to each job function separately, identifying the proposed accommodation and how that accommodation will assist Dr. Jansma.

6. How long do you expect that Dr. Jansma will need each accommodation?

7. Do you expect that the needed accommodation(s) will change? If so, what is the expected time frame?

8. Is Dr. Jansma currently able to safely perform each of the job functions in the attached list?

9. Is there a significant risk that any of the job functions in the attached list could cause substantial harm to Dr. Jansma or others? If so, please explain.

10. Is there an accommodation that could eliminate or reduce the risk of harm to Dr. Jansma or others? If so, please explain.

Should you have any questions or need any additional information, please feel free to contact me. Please send your response directly to my attention at BSV.

Sincerely,

Melissa Dabrowski
VP of Human Resources

**AUTHORIZATION FOR RELEASE**

**OF HEALTH INFORMATION**

1. Individual's Name: Dr. Randall Jansma
   Date of Birth: 03/19/1953

2. I authorize ____________________________ to release or disclose health information (as disclosed below) of the above named individual to: Blue Sky Vision ("BSV").

3. This authorization is made in accordance with federal and state law and is valid for twelve (12) months after being signed or at the conclusion of this legal action, which is either pending or contemplated, whichever occurs later.

4. I understand that I may revoke this authorization at any time by sending a written revocation to the provider listed in paragraph 2, except to the extent that action has already been taken in reliance on this authorization.

5. I understand that once information is used or disclosed pursuant to this authorization, it may be subject to re-disclosure or release by BSV and may no longer be protected by federal or state law.

6. A description of the information I authorize for use or disclosure is: All pharmacy records; dental records; any and all records and documents pertaining to any treatment/consultation rendered or performed, including but not limited to: complete in-patient and outpatient hospital records, surgical records, emergency room records, rehabilitation records, therapy, lab studies, radiographic films and reports, actual office notes, patient files, narrative reports, billings, and medications prescribed and/or filled. This authorization includes alcohol, mental health and substance abuse records, including psychotherapy notes; records protected under the regulations of 42 Code of Federal Regulations, Part 2, if any; HIV and AIDS records, and all records defined by statute and MDPH Rules (Public Act 174, 1989), if any. This authorization also permits oral communications regarding the listed information between agents of BSV and the provider identified in paragraph 2. This authorization includes information prior to and following the date of this authorization not to exceed the expiration defined in paragraph 3.

7. I understand that my continued or future treatment by or payment to the provider listed in paragraph 2 is not conditioned upon my providing or signing this authorization.

9. A photo static copy of this authorization is as valid as the original.

10. I have been provided a copy of this authorization.

Dated: ____________, 2018 ________________________________________

MJ_DMS 30092420v1

# Optometrist

**Purpose:**

Diagnose, manage, and treat conditions and diseases of the human eye and visual system. Examine eyes and visual system, diagnose problems or impairments, prescribe corrective lenses, and provide treatment. May prescribe therapeutic drugs to treat specific eye conditions.

**Education:**

Doctor of Optometry Degree

**Primary Responsibilities:**

- Examine eyes, using observation, instruments and pharmaceutical agents, to determine visual acuity and perception, focus and coordination and to diagnose diseases and other abnormalities such as glaucoma or color blindness.
- Analyze test results and develop a treatment plan.
- Prescribe, supply, fit and adjust eyeglasses, contact lenses and other vision aids.
- Prescribe medications to treat eye diseases if state laws permit.
- Educate and counsel patients on contact lens care, visual hygiene, lighting arrangements and safety factors.
- Consult with and refer patients to ophthalmologist or other health care practitioner if additional medical treatment is determined necessary.
- Perform minor procedures such as foreign body removal, punctual plugs, and epilation.
- Provide patients undergoing eye surgeries, such as cataract and laser vision correction, with pre- and post-operative care.
- Prescribe therapeutic procedures to correct or conserve vision.

**Knowledge/Skills/Abilities:**

- Knowledge of the information and techniques needed to diagnose and treat human injuries, diseases, and deformities. This includes symptoms, treatment alternatives, drug properties and interactions, and preventive health-care measures.
- Knowledge of principles and processes for providing customer and personal services. This includes customer needs assessment, meeting quality standards for services, and evaluation of customer satisfaction.
- Understanding the implications of new information for both current and future problem-solving and decision-making.
- Giving full attention to what other people are saying, taking time to understand the points being made, asking questions as appropriate.
- Using logic and reasoning to identify the strengths and weaknesses of alternative solutions, conclusions or approaches to problems.
- Talking to others to convey information effectively.
- Communicating effectively in writing as appropriate for the needs of the audience.