# EXHIBIT W

From: Melissa Dabrowski <mdabrowski@BlueSkyVision.com>
Sent: Thursday, November 8, 2018, 12:45 PM
To: RANDY JANSMA <doc2020@comcast.net>
Subject: Appointment Scheduling Update
Attachments: BSV - Dr. Randall Jansma.pdf

---

Dr. Jansma,
Good Afternoon. I wanted to follow up again as we were able to connect with Dr. Glisson's office. We sent over the necessary paperwork earlier this week, so they could contact you to schedule your appointment. I have not yet received a response from my not on the 29th, but I wanted to let you know they would be in contact with you if they have not already been in touch to schedule this appointment at BSV's expense. Hoping we are able to bring this to a resolution in the near future. We will still need to have you sign and return a copy of the HIPAA authorization, so I've attached the original information from 10/29 as well just in case you need it.

Please let me know if you have additional questions.

Regards,

Melissa Dabrowski
VP of Human Resources

Blue Sky
VISION

4020 East Beltline Ave NE
Grand Rapids, MI 49525

Office 616.588.6574

**From:** Melissa Dabrowski
**Sent:** Monday, October 29, 2018 12:02 PM
**To:** 'RANDY JANSMA' <doc2020@comcast.net>
**Subject:** RE: Letter / Release

Dr. Jansma,
Please see attached the forms updated with the physician you have indicated you would like to be seen by Dr. Glisson. We are in the process of securing an appointment for you to be seen at BSV's expense, so we will need you to sign and return a copy of the HIPAA authorization. Let me know if you have additional questions.

Regards,

Melissa Dabrowski

EXHIBIT
#15
Dabrowski 6-11-21 m
PENGAD 800-631-6989



**EXHIBIT W**

Blue Sky VISION

October 29, 2018

Dr. Glisson, D.O.
245 Cherry St SE #204
Grand Rapids, MI 49503

Dear Dr. Glisson:

Dr. Jansma has notified BSV that he has homonymous hemianopia, which has created concerns about whether Dr. Jansma can safely perform his job as an Optometrist, with or without reasonable accommodation.

In order to appropriately evaluate and respond to this issue, we need more information about Dr. Jansma's impairment(s) and whether he can perform his job with or without any accommodation.

To assist you in responding to the questions below, we have attached a list of the essential functions of Dr. Jansma's position. Specifically, is he able to thoroughly exam the eye to find pathology, including seeing the entire surface and internal structures of the eye without missing areas of concern which can lead to irreversible loss of vision or missing systemic diseases that could be diagnosed based on ocular findings. We want to be sure that Dr. Jansma is not placed in a job position that he is unable to perform and/or that could place patients or others at risk. Please note that the attached list is specific to Dr. Jansma's current job at BSV. In the event that he seeks a different position, BSV will likely ask you to provide an opinion with regard to that particular position.

Please answer the below questions. We have enclosed a release signed by Dr. Jansma giving you permission to respond directly to BSV.

1. Does Dr. Jansma have a physical or mental impairment? If so, please describe such impairment(s) in detail.

2. What is causing Dr. Jansma's impairment?

3. Do you expect that impairment to change for the worse or for the better? If so, please explain how it might change and the expected timeframe for that change to occur.

4. Using the attached list, can Dr. Jansma perform the essential functions of his job?

5. If Dr. Jansma cannot perform one or more of his essential job functions, is there a reasonable accommodation that would allow him to perform the function? Note that a continuous leave of absence might be a reasonable accommodation in some circumstances but that permission to have unreliable and unpredictable attendance is generally not. Please answer with regard to each job function separately, identifying the proposed accommodation and how that accommodation will assist Dr. Jansma.

6. How long do you expect that Dr. Jansma will need each accommodation?

7. Do you expect that the needed accommodation(s) will change? If so, what is the expected time frame?

8. Is Dr. Jansma currently able to safely perform each of the job functions in the attached list?

9. Is there a significant risk that any of the job functions in the attached list could cause substantial harm to Dr. Jansma or others? If so, please explain.

10. Is there an accommodation that could eliminate or reduce the risk of harm to Dr. Jansma or others? If so, please explain.

Should you have any questions or need any additional information, please feel free to contact me. Please send your response directly to my attention at BSV.

Sincerely,

*Melissa Dabrowski*

Melissa Dabrowski
VP of Human Resources

## AUTHORIZATION FOR RELEASE

## OF HEALTH INFORMATION

1. Individual's Name: Dr. Randall Jansma
Date of Birth: 03/19/1953

2. I authorize ___________________________ to release or disclose health information (as disclosed below) of the above named individual to: Blue Sky Vision ("BSV").

3. This authorization is made in accordance with federal and state law and is valid for twelve (12) months after being signed or at the conclusion of this legal action, which is either pending or contemplated, whichever occurs later.

4. I understand that I may revoke this authorization at any time by sending a written revocation to the provider listed in paragraph 2, except to the extent that action has already been taken in reliance on this authorization.

5. I understand that once information is used or disclosed pursuant to this authorization, it may be subject to re-disclosure or release by BSV and may no longer be protected by federal or state law.

6. A description of the information I authorize for use or disclosure is: All pharmacy records; dental records; any and all records and documents pertaining to any treatment/consultation rendered or performed, including but not limited to: complete in-patient and outpatient hospital records, surgical records, emergency room records, rehabilitation records, therapy, lab studies, radiographic films and reports, actual office notes, patient files, narrative reports, billings, and medications prescribed and/or filled. This authorization includes alcohol, mental health and substance abuse records, including psychotherapy notes; records protected under the regulations of 42 Code of Federal Regulations, Part 2, if any; HIV and AIDS records, and all records defined by statute and MDPH Rules (Public Act 174, 1989), if any. This authorization also permits oral communications regarding the listed information between agents of BSV and the provider identified in paragraph 2. This authorization includes information prior to and following the date of this authorization not to exceed the expiration defined in paragraph 3.

7. I understand that my continued or future treatment by or payment to the provider listed in paragraph 2 is not conditioned upon my providing or signing this authorization.

9. A photo static copy of this authorization is as valid as the original.

10. I have been provided a copy of this authorization.

Dated: ____________, 2018 ________________________________________



**EXHIBIT W**