# EXHIBIT Y

From: Melissa Dabrowski <mdabrowski@BlueSkyVision.com>
Sent: Wednesday, December 5, 2018, 10:34 AM
To: RANDY JANSMA <doc2020@comcast.net>
Cc: Surya Desiraju <SDesiraju@BlueSkyVision.com>
Subject: Notice of Termination
Attachments: Dr_ Jansma.pdf

---

Dr. Jansma,
Please see the attached. You will also receive an official copy via mail to your address of record.

Regards,

Melissa Dabrowski
VP of Human Resources

Blue Sky
VISION

4020 East Beltline Ave NE
Grand Rapids, MI 49525

Office 616.588.6574

EXHIBIT
PENGAD 800-631-6989
#16
Dabrowski 3-11-21



**EXHIBIT Y**

Blue Sky
VISION

TO: Dr. Randy Jansma
3504 Earle Ave SW
Grandville, MI 49418

FROM: Surya Desiraju, Chief Operating Office

CC: Human Resources
Personnel File

DATE: December 5, 2018

RE: Termination Notice

After repeated attempts to engage with you regarding scheduling of a fitness of duty assessment to allow for your return to work, as of today, we are still not in receipt of the authorization for release of information about your fitness for duty. Nor have you cooperated with our repeated attempts to schedule an appointment with the physician you chose for the evaluation. Our initial discussions took place over two months ago, and despite repeated attempts to obtain the signed release and schedule an appointment, we have not been able to progress this forward. You have not responded to the HR teams last 2 emails to you dated 10/29 and 11/8.

This letter serves as official notification that your last day of active work was September 25th and your employment with BSV will be terminated effective immediately. We remind you at this time of all policies, including noncompete and nondisclosure agreements, that you may have signed at the beginning of your employment and the fact that many retain your commitment beyond the duration of your employment.

You will be in receipt of information regarding any 401(k) funds and COBRA benefits notification, as applicable.

Should you have any questions beyond today's discussion, you may contact me at 469-426-4602 or Melissa Dabrowski VP of Human Resources at 616-588-6574.

Regards,

Surya Desiraju
Chief Operating Officer



**EXHIBIT Y**